WILBUR SHERWOOD, Respondent, v. ELLA SCOFIELD, Defendant, and TRAVERSE A. ARMSTRONG, Appellant.— Order of the County Court of

Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.